# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Fox Valley & Vicinity Construction Workers Welfare Fund, et al.

Plaintiff,

v.

Case No.: 1:20−cv−02702

Honorable Elaine E. Bucklo

Porter Brothers Asphalt & Sealing, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 1, 2021:

MINUTE entry before the Honorable Elaine E. Bucklo: A notice of voluntary dismissal has been filed. This case is dismissed without prejudice. All pending dates before this court are stricken. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.